UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 16-180 (JMV) |
| vs. | SCHEDULING ORDER |
| KAHSEEM ALLAH-SHABAZZ | |

This matter having come before the Court for arraignment; and the United States being represented by Paul J. Fishman, Unites States Attorney for the District of New Jersey (by Stephanie Raney, Special Assistant U.S. Attorney, appearing); and the Defendant being represented by Patrick McMahan, Assistant Federal Public Defender; and the parties not having had sufficient time to meet and confer with regard to a schedule for discovery and inspection and for pretrial motions because defense counsel has just been retained/appointed; and for good cause shown,

It is on this 9th day of May, 2016, hereby ORDERED that:

1. Within two weeks from the date of this Order, that is, on or before May 23, 2016, the Government and the Defendant shall take the actions described in paragraphs 2 through 6 of the Court's Standing Order for Criminal Trial Scheduling and Discovery; and

2. A status conference shall be held on  May 23, 2016 , at  11  a.m./p.m., in order for the Court to confer with counsel and to enter an appropriate Scheduling Order.

*[signature]*
Honorable John Michael Vazquez
United States District Judge